AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Connell Novell Sheppard,
*Plaintiff*
v.

Orangeburg County Sheriff Department; John Doe;
Jane Doe; John Doe,

*Defendants*

Civil Action No.   5:20-cv-02362-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Connell Novell Sheppard, shall take nothing of the defendants, Orangeburg County Sheriff Department, John Doe, Jane Doe and John Doe and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   August 17, 2020                    *ROBIN L. BLUME, CLERK OF COURT*

                                            s/L. Baker
                                    _____
                                    *Signature of Clerk or Deputy Clerk*